IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02131-BNB-MEH

BETTY A. MORSE, individually and a Personal Representative of the Estate of Brian G. Morse,

Plaintiff,

v.

VERMEER MANUFACTURING COMPANY, an Iowa corporation, and
VERMEER SALES AND SERVICE OF COLORADO, a Colorado corporation,

Defendants.

_____

## ORDER
_____

This matter is before me on the **Stipulation of Dismissal with Prejudice** [Doc. # 34, filed August 30, 2007] (the "Motion"). The parties have stipulated to the dismissal of all claims, with prejudice, each party to pay its own costs and attorneys' fees. Accordingly,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), each party to pay its own costs and attorneys' fees.

Dated August 30, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge